# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25929-KMW

BRIDLINGTON BUD LTD,

      Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 18, 2025.      Respectfully submitted,

      /s/ Andrew Palmer
      Andrew J. Palmer
      Palmer Law Group, P.A.
      401 E Las Olas Blvd, Suite 1400
      Fort Lauderdale, FL 33301
      Phone: 954-771-7050
      ajpalmer@palmerlawgroup.com
      ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | Raoguiyun clothing | https://www.walmart.com/global/seller/101640994 |
| 2 | Alinwnia | https://www.walmart.com/global/seller/102507741 |
| 3 | Jijuged Clothing | https://www.walmart.com/global/seller/101578844 |
| 4 | saiweican | https://www.walmart.com/global/seller/102835712 |
| 5 | OPLKMBN | https://www.walmart.com/global/seller/102816048 |
| 6 | CBDElite | https://www.walmart.com/global/seller/102478920 |
| 7 | sgsgsgsgsdg | https://www.walmart.com/global/seller/102876518 |
| 8 | yanyingli | https://www.walmart.com/global/seller/102717767 |
| 9 | YISEAN | https://www.walmart.com/global/seller/101639464 |
| 10 | Gongdaozhou Clothing | https://www.walmart.com/global/seller/101666033 |
| 11 | foshanshichiqianlashangmao | https://www.walmart.com/global/seller/102485137 |
| 12 | SHUNLILL | https://www.walmart.com/global/seller/102758462 |
| 13 | ffafasfsaff | https://www.walmart.com/global/seller/102770562 |