UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-cv-25929-KMW**

BRIDLINGTON BUD LTD,

    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                Defendants.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, and Pursuant to Federal Rule of Civil Procedure 7.1, affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock.

DATED: December 18, 2025.                Respectfully submitted,

                                                      /s/ Andrew Palmer
                                                      Andrew J. Palmer
                                                      Palmer Law Group, P.A.
                                                      401 E Las Olas Blvd, Suite 1400
                                                      Fort Lauderdale, FL 33301
                                                      Phone: 954-771-7050
                                                      ajpalmer@palmerlawgroup.com
                                                      ***Attorney for Plaintiff***