UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25929-KMW

BRIDLINGTON BUD LTD,

    *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    *Defendants*.

                                        /

## CERTIFICATION REGARDING PRIOR SUITS

I, Andrew J. Palmer, declare and state as follows:

1. I am an attorney duly admitted to practice before this District Court. I am over 18 years of age. This certification regarding prior suits is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. I have conducted a nationwide search on the Public Access to Court Electronic Records (PACER) to determine whether any Defendant identified on Schedule A had ever been sued by Plaintiff prior to the filing of this suit for alleged violations of Plaintiff's intellectual property rights.

3. Based on my search and Plaintiff's filing records, Plaintiff previously instituted an action involving Defendants No. 3, Jijuged Clothing, No. 11, foshanshichiqianlashangmao, and No. 12, SHUNLILL, in FLSD Case No. 25-cv-25717, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "AUQ" in connection with textiles, household linens, and home furnishing accessories and related products.

1

4. Plaintiff also instituted an action involving Defendants No. 2, Alinwnia, and No. 6, CBDElite, in FLSD Case No. 25-cv-25591, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "ACDANC" in connection with cleaning products.

5. Plaintiff also instituted an action involving Defendant No. 1, Raoguiyun clothing, in FLSD Case No. 25-cv-25594, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "DESIGNICE" in connection with jewelry and timepieces.

6. Plaintiff further instituted an action involving Defendant No. 3, Jijuged Clothing, in FLSD Case No. 25-cv-25807, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "ACDANC" in connection with kitchen supplies and related accessories.

7. Plaintiff further instituted an action involving Defendant No. 7, sgsgsgsgsdg, in FLSD Case No. 25-cv-25197, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "AUQ" in connection with blankets and related products.

8. Plaintiff additionally instituted an action involving Defendant No. 10, Gongdaozhou Clothing, in FLSD Case No. 25-cv-22694, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "DESIGNICE" in connection with rings and other jewelry items.

9. In these prior matters, Plaintiff alleged infringement of different trademarks ("AUQ", "ACDANC" and "DESIGNICE") by the involved Defendants, relating to different infringing products. Case Nos. 25-cv-25717, 25-cv-25591, 25-cv-25594, 25-cv-25807 and 25-cv-25197

remain pending, Case No. 25-cv-22694 was resolved by entry of Final Default Judgment and Permanent Injunction on October 30, 2025, and is closed. None of these matters involves any claims related to the instant case, which concerns the "GJX" mark for computer peripherals and accessories, and related products.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 18, 2025.          Respectfully submitted,

                                               /s/ Andrew Palmer
                                               Andrew J. Palmer
                                               ***Attorney for Plaintiff***